UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Heather Swanson
                                     Plaintiff,

v.                                                                     Case No.: 1:21−cv−05595
                                                                            Honorable Martha M. Pacold

Southwest Airlines Co., Inc.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: The District Court Judge has granted defendant's motion to compel arbitration and administratively closed this matter pending the outcome of the arbitration. Accordingly, all matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned Judge. Magistrate Judge Cummings no longer assigned to the case. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.